# EXHIBIT B



Home   About   Careers   **877-344-4628**

ATTORNEYS AT LAW    Practice Areas   Our People   **Cases**   Results   Contact



FedEx – Nationwide

No Company is Too Big to Play Fair.

⌂ > Cases > A-F > FedEx - Nationwide



We, along with the Pollins Law Firm, represent a former Security Specialist in the above-referenced lawsuit against the Federal Express Corporation ("FedEx"). The Complaint alleges that the primary job duties of a Security Specialist (II, III, or Senior) constitute work that is non-exempt from overtime pay. By way of example, Plaintiff's work duties included monitoring the sorting of packages and driver deliveries at Defendant's warehouse/sorting facilities, conducting interviews, preparing incident reports conducting vehicle security audits, and maintaining and updating security files, reports, and caseload statuses in Defendant's management systems. The Complaint further alleges that FedEx requires Security Specialists to work over forty (40) hours per week in order to complete all of their work. Instead of paying them overtime pay for all hours worked in excess of 40 hours per week, however, FedEx pays Security Specialists a salary and treats them as ineligible for overtime pay.

If, within the last three (3) years, you have worked for FedEx as a Security Specialist in any state except Pennsylvania and have ever worked overtime hours without receiving overtime pay, you may be eligible to join this case. If you are interested in making a claim for unpaid overtime pay, you may electronically sign a Plaintiff Consent Form at https://bit.ly/fedexconsentform.

If you have any questions and/or would like to discuss your potential claim, please contact the case clerk, Ignasi Dorca, at (612) 256-3224 or via email at idorca@nka.com.

JOIN    UPDATE INFO

## Frequently Asked Questions

Q: Is This a Class Action? What Does that Mean?

Q: Am I Eligible?

Q: Which Locations Are Included?

Q: How Do I Join This Case?

Q: What Time Frame Does This Case Cover?

Q: Do I Have to Pay Anything?

Q: How Do I Prove I Worked Overtime?

Q: What About Retaliation?

Q: How Long Will This Case Take?

Q: Is There Money Available Now?

Q: How Can I Help?

Q: How Do I Learn More?

## Tell Us About Your Case

### No Company is Too Big to Play Fair

When it comes to the unfair treatment of employees and consumers, our lawyers and legal professionals are prepared to fight for what is right.

First Name

Last Name

Phone

Email

State

Type of Issue

Are you a new client?

Message

SUBMIT



### Practice Areas

We fight for the rights of both employees and consumers nationwide. We represent people from across the country in employee rights, wage and hour issues, financial services, and civil rights & social justice claims.

LEARN MORE



### Cases

We are experienced in handling individual and multi-plaintiff cases and have the resources to take on companies, organizations, and government agencies of all sizes. We are currently handling many cases to advance employee, consumer, and civil rights.

LEARN MORE



### Our People

We are proud of the work we do. With a team of experienced, passionate, and talented professionals, we relentlessly work every day on advancing and protecting the rights of the people in the workplace, the marketplace, and our government institutions.

LEARN MORE

Home    About    Practice Areas    Our People    Contact    Offices    Reviews    News & Articles    Caroline Yang Photography    Privacy Policy    Site Map

**877-344-4628**

Follow Us

**Minneapolis Office**
IDS Center, 80 South 8th Street Suite 4700
Minneapolis, MN 55402
Map & Directions
View Site

**San Francisco Office**
235 Montgomery Street Suite 310
San Francisco, CA 94104
Map & Directions
View Site

NOTE: The use of the Internet or this form for communication with the firm or any individual member of the firm does not establish an attorney-client relationship. Confidential or time-sensitive information should not be sent through our online form. The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. Prior results do not guarantee a similar outcome.

© 2023 All Rights Reserved.

# Frequently Asked Questions

## Q: Is This a Class Action? What Does that Mean?

A:

This case is both a potential collective action under federal law and a potential class action under New York state law. This means that, depending on the type of claim(s) you have, there may be a slightly different process for joining and participating in this suit. See below for more details on this process.

Though the process and terminology may differ slightly, the idea behind both a class and collective action is the same. it allows one or more people to sue on behalf of themselves and other people who have similar claims. To proceed as a group, though, the Court must certify the class and collective. Because we are in the early stages of the case, this has not happened yet, but we intend to seek the company's agreement or file the motions at the appropriate time asking the Court to grant these certifications.

## Q: Am I Eligible?

A:

You may be eligible to make a federal law claim in this case if you worked for FedEx at any time within the past three years as a Security Specialist and were not paid overtime for the hours you worked in excess of 40 hours per week.

## Q: Which Locations Are Included?

A:

This case seeks to include all Security Specialists who work or have worked for FedEx anywhere in the country, except for in Pennsylvania because there is already a separate case pending there, within the past three years.

## Q: How Do I Join This Case?

A:

To make a claim in this case for any unpaid overtime under the FLSA, the federal law, you must complete a consent form and return it to our office. **You can also submit the form electronically by clicking** here.

## Q: What Time Frame Does This Case Cover?

A:

The claim has what is called a statute of limitations, which allows workers to recover unpaid overtime wages within specific time periods. Under federal law, the statute of limitations is two years back from when the worker signs up to join the lawsuit by completing and returning the consent form referenced above. If we can prove that FedEx intentionally or recklessly violated the law, then the statute of limitations may be extended to three years. The New York state law claim asserted in this case has a six year statute of limitations.

## Q: Do I Have to Pay Anything?

A:

You do not have to pay anything if you join the lawsuit. We are handling this case on a contingency fee basis. This means we will only be paid if the lawsuit is successful in obtaining relief either through a settlement, award, or a final judgment, and that payment will only come out of that settlement, award, or final judgment.

## Q: How Do I Prove I Worked Overtime?

A:

You do not need to have records of the hours you worked to make a claim in this case. If you do have records of the hours you worked, however, please preserve and keep them until we ask you for them. If FedEx did not keep accurate time records, most courts will permit you to make a good-faith estimate of your work hours. Through this lawsuit, we will seek any records the company may have of your hours worked as well.

## Q: What About Retaliation?

A:

It is against the law for an employer to retaliate against a person for joining a lawsuit to reclaim unpaid wages. If you believe you may be the victim of retaliation for joining or participating in this lawsuit, immediately contact the case clerk, Ignasi Dorca, at 612-256-3224 or via email at idorca@nka.com.

## Q: How Long Will This Case Take?

A:

The length of this kind of lawsuit varies from case to case, but they typically last one to three years.

## Q: Is There Money Available Now?

A:

No. This case was recently filed and is pending in federal court. There is no money currently available and there is no guarantee that you will receive money for joining the lawsuit.

## Q: How Can I Help?

A:

If you know any Security Specialists who are interested in making a claim for unpaid overtime, **please direct them to this website to fill out a** consent form. They may also contact the case clerk, Ignasi Dorca, at 612-256-3224 or via email at idorca@nka.com to sign up.

## Q: How Do I Learn More?

A:

To learn more, contact the case clerk, Ignasi Dorca, at 612-256-3224 or via email at idorca@nka.com.