```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

_____

| | |
|---|---|
| ANDREW RAKOWSKY, Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 23-cv-02340-TLP-tmp ) |
| FEDERAL EXPRESS CORPORATION, | ) ) |
| Defendant. | ) |

_____

**ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS OF COMPLIANCE WITH ECF No. 53**

_____

On October 3, 2023, the undersigned signed an order granting in part and denying in part the June 29, 2023 Motion to Amend/Correct Plaintiff's Pre-Notice Communications to Putative Collective Members. (ECF No. 53.) The undersigned directs the plaintiff, Andrew Rakowsky, to provide the court with an update on the status of his compliance with the order. Rakowsky has until the end of business on Tuesday, October 31, 2023, to provide the court with confirmation as to whether he has taken corrective action as to the issues with the Nichols Kaster website.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

-2-

<u>October 24, 2023</u>
Date