IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| **ANDREW RAKOWSKY, Individually and on behalf of all others similarly situated,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 23-cv-02340-TLP-tmp ) |
| **FEDERAL EXPRESS CORPORATION,** | ) ) |
| Defendant. | ) |

_____

**ORDER DENYING DEFENDANT'S MOTION TO EXTEND DEADLINE AS MOOT**
_____

On January 17, 2024, the defendant, Federal Express Corporation ("FedEx"), filed a Motion to Extend Deadline for their response to the plaintiff's Motion for Distribution of Court Authorized Notice. (ECF No. 66.) Rakowsky responded on January 30, 2024. (ECF No. 69.)

On August 3, 2023, the district court entered its Scheduling Order. (ECF No. 30.) On August 31, 2023, Rakowsky filed a motion for Distribution of Court Authorized Notice. (ECF No. 39.) Deciding several motions related to court-authorized notice simultaneously, the undersigned entered an order on November 2, 2023, extending the deadline for FedEx to respond until January 30, 2024. (ECF No. 58 at PageID 472.) FedEx filed its motion seeking this court to once again extend the deadline for its discovery, this time until

March 4, 2024. (ECF No. 66 at PageID 495.) However, on January 30, FedEx filed its Response in Opposition to Rakowsky's Motion for Distribution of Court Authorized Notice. (ECF No. 70.) Because the response has now been filed, the undersigned finds that any issue of an extension is moot, and therefore denies the motion to extend as moot.

    FedEx also requested that this case be redesignated to the Complex Track under L.R. 16.2(b)(5), asked this court to issue a Complex Track Scheduling Order, and sought extensions for additional case deadlines. (ECF No. 66 at PageID 495–96.) The parties will notified by separate order of a scheduling conference to be set at a later date, at which time the court will address modifying the scheduling order and related issues.

    IT IS SO ORDERED.

s/Tu M. Pham  
TU M. PHAM  
Chief United States Magistrate Judge

January 31, 2024  
Date